IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| DEMICA D. HAWKINS | ) |
| Plaintiff, | ) |
| v. | ) No. 3:12-cv-01125 |
| THE CENTER FOR SPINAL SURGERY | ) Judge Aleta A. Trauger |
|  | ) Magistrate Judge Bryant |
| Defendants. | ) |
|  | ) JURY DEMAND |

## MOTION FOR PERMISSION TO FILE AND REPLY

Plaintiff hereby submits this motion seeking permission to file a short reply brief responding to Defendant's arguments contained in its Response to Plaintiff's Supplement to Her Motion to Extend Deadlines and/or for Relief Pursuant to Rule 56(d) and Reply to Defendant's Opposition.

In support hereof Plaintiff would state that the attached proposed reply would assist the court in its consideration of the pending issues.

Date: December 5, 2013

Respectfully Submitted,

BARRETT JOHNSTON, LLC

/s/ Douglas S. Johnston, Jr.
DOUGLAS S. JOHNSTON, JR., #5782
217 Second Avenue North
Nashville, Tennessee 37201
Telephone: (615) 244-2202
Fax: (615) 252-3798
Email: djohnston@barrettjohnston.com