UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEMICA D. HAWKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-1125 |
| | ) | Judge Aleta A. Trauger |
| v. | ) | |
| | ) | |
| THE CENTER FOR SPINAL SURGERY, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Renewed Motion for Summary Judgment (Docket No. 76) is **GRANTED IN PART and DENIED IN PART**, and the plaintiff's Partial Motion for Summary Judgment (Docket No. 73) is **DENIED**. As they relate to her 2013 termination only, Hawkins' retaliatory discharge claims and FMLA interference claims will proceed to trial. All of Hawkins' remaining claims, including her other retaliation claims, are hereby **DISMISSED**.

It is so **ORDERED**.

Enter this 29th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge

1