# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DEMICA D. HAWKINS       )
                                  )
      **Plaintiff,**        )
                                  )
                                  )   **Civil No. 3:12-cv-01125**
**v.**                         )   **Judge Sharp**
                                  )
**THE CENTER FOR SPINAL**   )
**SURGERY,**                )
                                  )
      **Defendant.**       )

## Order

For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion to Strike Defendant's affirmative defense based on the after-acquired evidence doctrine (Docket No. 100) and Plaintiff's Motion to Compel Discovery (Docket No. 113) are hereby DENIED. Additionally, it is hereby ORDERED that the Defendant amend its answer to more clearly assert an affirmative defense based on the doctrine of after-acquired evidence in accordance with Federal Rule of Civil Procedure 8, and that the discovery deadline be EXTENDED to May 15, 2015 for all matters related to Defendant's affirmative defense based on the after-acquired evidence doctrine.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1